IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LEE DIXON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-309 |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

On October 14, 2025, Petitioner Daniel Lee Dixon commenced this civil action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. §2241.  ECF Nos. 1, 6.  In his petition, Dixon challenged the calculation of his credits under the First Step Act.  The case has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72.

On July 6, 2026, Judge Lanzillo issued an R&R in which he recommends that the within action be dismissed as moot.  ECF No. 13.  Judge Lanzillo notes in his R&R that Dixon was released from the custody of the Bureau of Prisons prior to his petition becoming ripe for review.  Consequently, there is no concrete and continuing injury that this Court can remedy.

Objections to the Report and Recommendation were due to be filed no later than July 23, 2026. To date, no objections have been received.

After *de novo* review of the petition and documents in the case, including the Chief Magistrate Judge's Report and Recommendation, the following order is entered:

1

AND NOW, this 3rd day of August, 2026, IT IS ORDERED that the within petition for a writ of habeas corpus shall be, and hereby is, DISMISSED for lack of jurisdiction, as the Petitioner's request for relief is now moot.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on July 6, 2026, ECF No. [13], is adopted as the opinion of this Court.

As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge